ACCEPTED
06-15-00099-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 10:41:34 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00099-CR

## IN THE COURT OF APPEALS
### SIXTH APPELLATE DISTRICT OF TEXAS
### AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/12/2015 10:41:34 AM
DEBBIE AUTREY
Clerk

**JAMES FRIEND** **Appellant**

**v.**

**STATE OF TEXAS** **Appellee**

### APPELLANT'S MOTION FOR
### EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW** the Appellant, **JAMES FRIEND**, by and through counsel of record, Jason Horton, and for his Motion for Extension of Time to File Brief states as follows:

I.

Appellant's Brief is due on August 12, 2015.

II.

Appellant has neither sought nor obtained any prior briefing extensions in this case.

III.

Appellant requests additional time to (1) review the record for all possible points on appeal, and (2) prepare Appellant's brief. Appellant's counsel's trial and

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Motion for Extension of Time to File Brief
Page **1** of **6**

appellate caseload and schedule have prevented said attorney from being able to devote the necessary time to complete Appellant's brief. Said caseload and schedule includes, but is not limited to, the following since the filing of the record:

■ Preparation for and attendance at minor prove-up hearing in *Maria Espinosa and Arcadio Pacheco, Individually and as Next Friend of Carmen Pacheco v. Jasmin Gonzalez*, pending in the 102nd District Court of Bowie County, Texas, on July 13, 2015;

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Christopher Phillips*, pending in the Circuit Court of Miller County, Arkansas, on July 14, 2015;

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Dana Daniels*, pending in the Circuit Court of Miller County, Arkansas, on July 14, 2015;

■ Preparation for and attendance at change of plea hearing in *United States v. Raul Saucedo*, pending in the United States District for the Eastern District of Texas-Texarkana Division, on July 16, 2015;

■ Preparation for and attendance at proffer meeting with client and Assistant United States Attorney in *United States v. Robert Gene Dethrow*, pending in the United States District for the Eastern District of Texas-Texarkana Division, on July 16, 2015;

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Motion for Extension of Time to File Brief
Page **2** of **6**

■ Preparation for and attendance at Miller County criminal docket (full day) in the Circuit Court of Miller County, Arkansas, on July 21, 2015;

■ Preparation for and attendance at Miller County juvenile docket in the Circuit Court of Miller County, Arkansas, on July 22, 2015;

■ Preparation for and attendance at presentence interview in *United States v. Raul Saucedo*, pending in the United States District for the Eastern District of Texas-Texarkana Division, on July 29, 2015;

■ Record review, research Appellant's points on appeal, and file various motions in *Alicia Dawn Smith v. Lloyd Draughon Smith*, pending in the Arkansas Court of Appeals, from July 11-31, 2015;

■ Preparation for and attendance at change of plea hearing in El Dorado, Arkansas, in *United States v. Clarisse Carey*, pending in the United States District Court for the Western District of Arkansas, on August 3, 2015

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Lindsay Miller*, pending in the Circuit Court of Little River County, Arkansas, on August 4, 2015;

■ Preparation for and attendance at Miller County criminal docket (full day) in the Circuit Court of Miller County, Arkansas, on August 4, 2015;

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Joshua Mooney*, pending in the Circuit Court of Miller County, Arkansas, on August

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Motion for Extension of Time to File Brief
Page **3** of **6**

4, 2015;

■ Preparation for and attendance at Miller County juvenile docket in the Circuit Court of Miller County, Arkansas, on August 5, 2015;

■ Preparation for and attendance at plea and sentencing hearing in *State of Arkansas v. Jeffrey Shelton*, pending in the Circuit Court of Howard County, Arkansas, on August 5, 2015;

■ Preparation for and attendance at pre-indictment hearing in *State of Texas v. Larry Foster*, pending in the 102nd District Court of Bowie County, Texas, on August 5, 2015;

■ Preparation for and attendance at pre-indictment hearing in *State of Texas v. Demarcus James*, pending in the 102nd District Court of Bowie County, Texas, on August 5, 2015;

■ Preparation for and attendance at plea and sentencing hearing in *State of Texas v. Devin Bennett*, pending in the 102nd District Court of Bowie County, Texas, on August 6, 2015;

■ Preparation for and attendance at Lafayette County criminal docket in the Circuit Court of Lafayette County, Arkansas, on August 7, 2015; and

■ Preparation for trial in *Sacor Financial, Inc. v. Ken and Amy Cullipher*, pending in the Circuit Court of Miller County, Arkansas, from August 7-13, 2015.

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Motion for Extension of Time to File Brief
Page **4** of **6**

IV.

This motion is made in good faith and not for purposes of delay.

VI.

Without additional time, Appellant will be denied effective assistance of counsel on appeal, to which he is entitled.

**WHEREFORE,** Appellant requests that the deadline for the filing of his Brief be extended thirty (30) days, and for any such other relief to which he may be entitled.

Respectfully submitted,

JASON HORTON LAW FIRM
114 West Broad Street
Texarkana, Texas  75501
*Mail to:*
P.O. Box 1596
Texarkana, Texas  75504
T- (903) 792-2000
F- (903) 792-2100

BY:  /s/ Jason Horton
Jason Horton
jason@jasonhortonlaw.com
Texas Bar Number 24041130

ATTORNEY FOR APPELLANT

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Motion for Extension of Time to File Brief
Page **5** of **6**

## CERTIFICATE OF SERVICE

On this 12th day of August, 2015, I hereby certify that a true and correct copy of the foregoing instrument will be served on the Bowie County District Attorney's Office, according to the Texas Rules of Appellate Procedure and the rules of this Court.

/s/ Jason Horton
Jason Horton

*James Friend v. State of Texas*
6th Court of Appeals No. 06-15-00099-CR
Appellant's Motion for Extension of Time to File Brief
Page **6** of **6**